IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARK WILFRED SHAPIRO,

     Appellant,

v.

                               Case No. 5D21-2480
                               LT Case No. 2019-CF-001483-A-02

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.